# Court of Appeals
# of the State of Georgia

ATLANTA,   July 24, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1782.  FLORIN COLDEA v. THE STATE.

On June 12, 2012, Florin Coldea filed a notice of appeal seeking review of the superior court's order of May 8, 2012.  We lack jurisdiction because the notice of appeal is untimely.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Coldea filed his notice of appeal 35 days after the trial court's order was entered.[1]  Accordingly, it is untimely, and Coldea's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/24/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] In his notice of appeal, Coldea asserts that the notice is timely pursuant to the "mailbox rule," under which a document is deemed filed on the date a pro se prisoner hands it to prison authorities for mailing to the clerk of court.  However, under Georgia law, this rule applies only in the narrow context of habeas corpus appeals. *Jackson v. State*, 313 Ga. App. 483 (722 SE2d 80) (2011).  This is not a habeas case, so the rule does not apply here.